TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN







NO. 03-95-00028-CV







R. Harry Akin and Lawrence J. Baker, Appellants



v.



Charles V. Hill and Night Hawk Frozen Foods, Inc., Appellees







FROM THE DISTRICT COURT OF TRAVIS COUNTY, 147TH JUDICIAL DISTRICT


NO. 93-13901, HONORABLE JOHN K. DIETZ, JUDGE PRESIDING







PER CURIAM



 The parties have filed an agreed motion to dismiss this appeal. The motion is granted. 
Tex. R. App. P. 59(a)(1)(A).

 The appeal is dismissed.


Before Chief Justice Carroll, Justices Aboussie and Jones

Dismissed on Agreed Motion

Filed: February 8, 1995

Do Not Publish